UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELEVANCE HEALTH, INC., ET AL.,**

    Plaintiffs,

v.                                                                                  No. 4:24-cv-01064

**XAVIER BECERRA,**
**ET AL.,**

    Defendants.

## ORDER

Before the Court is the Plaintiffs' Unopposed Motion for Revised Briefing Schedule. The Court **GRANTS** the Motion and **ORDERS** that Plaintiffs shall file their motion for summary judgment and Defendants shall file any 12(b) motion and any motion under 28 USC § 1404 by February 14, 2025; Defendants shall file their cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment and Plaintiffs shall file their Opposition to any 12(b) Motion and any motion under 28 USC § 1404 filed by Defendants by March 14, 2025; Plaintiffs shall file their opposition to Defendants' cross-motion and reply in support of Plaintiffs' motion for summary judgment and Defendants shall file their Reply in Support of Defendants 12(b) Motion and any motion under 28 USC § 1404 by April 4, 2025; Defendants shall file their reply in support of their cross-motion for summary judgment by April 14, 2025; the joint appendix shall be filed by April 15, 2025.

**SO ORDERED** on this **6th day of February 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE