UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELEVANCE HEALTH, INC., ET AL.,**

  Plaintiffs,

v.                                        No. 4:24-cv-01064-P

**ROBERT F. KENNEDY, JR.,**
**IN HIS OFFICIAL CAPACITY AS**
**SECRETARY OF HEALTH AND**
**HUMAN SERVICES, ET AL.,**

  Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. Each party shall bear its own costs. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **18th day of August 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE